JS-6

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA, CA 267616
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4820
lynn.harada@ssa.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASBLEY CADENA-GALINDO, <br>     Plaintiff, <br> vs. <br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br>     Defendant. | Case No. 5:25-cv-00570-BFM <br><br> [PROPOSED] JUDGMENT OF REMAND |

-1-

1  The Court, having approved the parties' Stipulation to Voluntary Remand
2  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3  ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment
4  of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
5  decision of the Commissioner of the Social Security Administration is
6  **REVERSED** and this matter **REMANDED** to the Commissioner of Social
7  Security for further proceedings consistent with the Stipulation to Remand.

DATED: July 8, 2025

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE